

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| ALEJANDRO MARTINEZ, | § | No. 08-15-00124-CR |
| Appellant, | § | Appeal from the |
| v. | § | 384th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| State. | § | (TC# 20010D06101) |
| | § | |

# **O R D E R**

The Court GRANTS the Court Reporter's third request for an extension of time within which to file the Reporter's Record until **August 14, 2015.** NO FURTHER REQUESTS FOR EXTENSION OF TIME TO FILE THE REPORTER'S RECORD WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that Genesis C. Stephens, Court Reporter for the 384th District Court,

for El Paso County, Texas, prepare the Reporter's Record for the above styled and numbered

cause, and forward the same to this Court on or before **August 14, 2015.**

IT IS SO ORDERED this 9th day of June, 2015.

PER CURIAM

Before McClure, C.J., Rodriguez, and Hughes, JJ.